### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENDA PORTER, on behalf of K.F.P., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner, Social Security <br> Administration, <br><br> Defendant. | Case No. 11-CV-404-FHM |

### **OPINION AND ORDER**

The court is in receipt of Plaintiff's Notice of Party Name Correction. [Dkt. 26]. Counsel has not requested a name correction, but substitution of one party for another.

A motion to substitute party should be filed which explains the reason for the request and which contains a statement of whether there is any objection to the substitution.

DATED this 28th day of May, 2013.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE